M. P. No. 74-336. David Reilly et al. as Members of the Smithfield School Building Committee v. Ray Iafrate et al. as Members of the Greenville Water District Water Board. Petition for writ of certiorari is granted without prejudice to the right of respondents to raise objection thereto at the hearing on the merits. Paolino and Joslin, JJ. not partici-

pating. *Stephen E. Cicilline,* for petitioners. *Goldman, Biafore & Hines, John H. Hines, Jr.,* for respondents.